# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON JONES, | CASE NO. 1:06-cv-01812 AWI-WMW PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| JAMES A. YATES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 12, 2006. On January 23, 2009, the Court issued an order finding that Plaintiff's complaint states cognizable claims against Defendant Yates for an Eighth Amendment violation and a violation of the Americans With Disabilities ACT (ADA), but does not state a cognizable claim and does not state any claims against medical and custody staff, as well as Plaintiff's medical negligence claims and Plaintiff's Fourth Sixth and Fourteenth Amendment claims. The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. On February 24, 2009, Plaintiff notified the Court that he does not wish to amend and is willing to proceed on the claims found cognizable. Based on Plaintiff's notice, this Findings and Recommendations now issues. See Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

1  Accordingly, it is HEREBY RECOMMENDED that Plaintiff's claims and medical and
2 custody staff, as well as Plaintiff's medical negligence claims and Plaintiff's Fourth Sixth and
3 Fourteenth Amendment claims be dismissed.

4  These Findings and Recommendations will be submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**
6 **days** after being served with these Findings and Recommendations, plaintiff may file written
7 objections with the Court.  The document should be captioned "Objections to Magistrate Judge's
8 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
9 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d
10 1153 (9th Cir. 1991).

13 IT IS SO ORDERED.

14 **Dated:   February 26, 2009**           /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE