1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   DAMON JONES,                              CASE NO. 1:06-cv-01812-AWI-WMW PC

10                    Plaintiff,              ORDER FINDING SERVICE OF COMPLAINT
                                             APPROPRIATE, AND FORWARDING
11       v.                                  SERVICE DOCUMENTS TO PLAINTIFF FOR
                                             COMPLETION AND RETURN WITHIN
12   JAMES A. YATES, et al.,                 THIRTY DAYS

13                    Defendants.            (Doc. 1)

14

                                      /
15

16       Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action

17   pursuant to 42 U.S.C. § 1983  Plaintiff filed this action on December 12, 2006.  The Court screened

18   Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims

19   against Defendant Yates for a violation of the Eighth Amendment and the Americans With

20   Disabilities Act (ADA).[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007);

21   Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED

22   that:

23       1.    Service is appropriate for the following defendants:

24             J. A. YATES

25

26

27

28       [1] In a recommendation issued concurrently with this order, the court recommends dismissal of Plaintiff's
     claims and medical and custody staff, as well as Plaintiff's medical negligence claims and Plaintiff's Fourth Sixth
     and Fourteenth Amendment claims.

2.    The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 12, 2006.

3.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a.    Completed summons;

b.    One completed USM-285 form for each defendant listed above; and

c.    Two copies of the endorsed complaint filed December 12, 2006.

4.    Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    February 26, 2009**                           **/s/  William M. Wunderlich**
                                                                    UNITED STATES MAGISTRATE JUDGE

2