IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON JONES, | 1: 06 CV 1812 AWI WMW PC |
| Plaintiff, | ORDER DISMISSING CLAIMS |
| vs. | ORDER RE: FINDINGS & RECOMMENDATIONS (#12) |
| JAMES A. YATES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 26, 2009, findings and recommendations were entered, recommending dismissal certain claims for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

//

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 26, 2009, are adopted in full; and

2. Plaintiff's claims against medical staff, Plaintiff medical negligence claim, as well as Plaintiff Fourth, Sixth and Fourteenth Amendment claims are dismissed.

IT IS SO ORDERED.

**Dated:　May 25, 2009**　　　　　　　　　　／s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE